1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California  92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Vernon Lee Fay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-4121 (CRB)**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| **VERNON LEE FAY,**<br><br>                    **Plaintiffs,**<br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>                    **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **VERNON LEE FAY** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

1 | stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2 | fees and costs.

DATED: September 1, 2009       ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Vernon Lee Fay

DATED: Oct. 22, 2009       DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-