1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Anthony Kujawa

6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-4121 (CRB)**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| **VERNON LEE FAY, et al.**<br><br>   **Plaintiffs,**<br><br>vs.<br><br>**G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and, PFIZER, INC.,**<br><br>   **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **ANTHONY KUJAWA** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| DATED: September 1, 2009 | | ROBINSON, CALCAGNIE & ROBINSON |

By: /s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Anthony Kujawa

DATED: Oct. 22, 2009     DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**