1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Michael Lange

6
7
8
9                          UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-4121 (CRB)**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| VERNON LEE FAY, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and, PFIZER, INC.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **MICHAEL LANGE** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1

2

3   DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

4                                     By: *Mark P. Robinson, Jr.*
                                           MARK P. ROBINSON, JR.
5                                          Attorneys for Plaintiff Michael Lange

6

7   DATED:  Oct. 22 , 2009            DLA PIPER LLP (US)

8
                                      By: /s/
9                                          Matt Holian
                                           Attorneys for Defendants
10

11

12

13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

14

15  Dated: **OCT 2 8 2009**

16                                    Hon. Charles R. Breyer
                                      United States District Court
17

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1