1 | **ROBINSON, CALCAGNIE & ROBINSON**
2 | 620 Newport Center Drive, Suite 700
    Newport Beach, California  92660
3 | Telephone: (949) 720-1288
    Facsimile: (949) 720-1292
4 |
5 | Attorneys for Plaintiff, Wanda Wells

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C 06-4121 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| VERNON LEE FAY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and, PFIZER, INC.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **WANDA WELLS** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

1 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2 fees and costs.

5  DATED: September 1, 2009    ROBINSON, CALCAGNIE & ROBINSON

6  By: *Mark P. Robinson, Jr.*
7  MARK P. ROBINSON, JR.
   Attorneys for Plaintiff Wanda Wells

9  DATED:  Oct. 22 , 2009    DLA PIPER LLP (US)

11  By: /s/
    Matt Holian
12  Attorneys for Defendants

15 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17 Dated: OCT 2 8 2009

18  Hon. Charles R. Breyer
    United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE