1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Paul Mercier

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C 06-4121 (CRB)**<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| **VERNON LEE FAY, et al.**<br><br>     **Plaintiffs,**<br><br>**vs.**<br><br>**G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and, PFIZER, INC.,**<br><br>     **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **PAUL MERCIER** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: September 1, 2009 | ROBINSON, CALCAGNIE & ROBINSON |
| 4 | | By: *Mark P. Robinson, Jr.* |
| 5 | | MARK P. ROBINSON, JR.<br>Attorneys for Plaintiff Paul Mercier |
| 6 | | |
| 7 | DATED: Oct. 22, 2009 | DLA PIPER LLP (US) |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | Matt Holian<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-