1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Pamela K. Rogers

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12

13 |                                        ) **CASE NO. C 06-4121 (CRB)**
   | **IN RE: BEXTRA AND CELEBREX**         )
14 | **MARKETING SALES PRACTICES AND**      ) **MDL NO. 1699**
   | **PRODUCT LIABILITY LITIGATION**       ) **District Judge:  Charles R. Breyer**
15 |                                        )
   |                                        )
16 | **VERNON LEE FAY, et al.**             )
   |                                        )
17 |         **Plaintiffs,**                ) **STIPULATION AND ORDER OF**
   |                                        ) **DISMISSAL WITH PREJUDICE**
18 | **vs.**                                )
   |                                        )
19 |                                        )
   | **G.D. SEARLE & CO.; PHARMACIA**       )
20 | **CORPORATION; MONSANTO**              )
   | **COMPANY; and, PFIZER, INC.,**        )
21 |                                        )
   |                                        )
22 |         **Defendants.**                )
   |                                        )
23 |                                        )
   |                                        )

24

25

       Come now the Plaintiff, **PAMELA K. ROGERS** and Defendants, by and through the
26

27 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

                                          -1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

2  fees and costs.

3

4

5  DATED:  September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6                                             By: _Mark P. Robinson, Jr._

7                                             MARK P. ROBINSON, JR.
                                             Attorneys for Plaintiff Pamela K. Rogers

8

9
10  DATED:  ___Oct. 22___, 2009     DLA PIPER LLP (US)

11                                            By:___/s/_____
                                             Matt Holian
12                                            Attorneys for Defendants

13

14

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

16

17  Dated: **OCT 2 8 2009**

18                                            Hon. Charles R. Breyer
                                             United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

PFZR:1035934/11325694v.1

EAST\42531961.1