ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, Suite 700
Newport Beach, California  92660
Telephone:  (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiff, Mary Ella Robertson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-4121 (CRB)<br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| VERNON LEE FAY, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and, PFIZER, INC.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **MARY ELLA ROBERTSON** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

DATED: September 1, 2009         ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
    MARK P. ROBINSON, JR.
    Attorneys for Plaintiff Mary Ella Robertson

DATED: __Oct. 22__, 2009         DLA PIPER LLP (US)

By: __/s/_____
    Matt Holian
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1